AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reyes, Jr., Ramon E. | US District Court, EDNY | 08/06/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court, EDNY
225 Cadman Plaza East, Room N208
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Administrator | Estate of Deceased Family Member |
| 2. | Executive Committee Member - President | Federal Magistrate Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Legal Services of New York, salary |
| 2. 2018 | Brooklyn Law School, adjunct teaching salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judge Association | 3/18-21, 9/23-26 | Washington, DC | Attend FMJA board meetings and meetings of AO Magistrate Judge Advisory Group | travel expenses, food and lodging |
| 2. | National Conference of Bankruptcy Judges (NCBJ) | 10/28-10/30 | San Antonio, TX | Attend NCBJ Annual Convention | travel expenses, food and lodging |
| 3. | Texas A&M University School of Law | 4/12-13 | Dallas/Ft. Worth, TX | Speak at Natural Disasters Dispute Resolution Symposium | travel expenses, food and lodging |
| 4. | Cornell Law School | 2/15-18 | Ithaca, NY | Judge the Faust Rossi Moot Court Competition | travel expenses, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Council | Annual Thanksgiving Lunch, Law Day Dinner, and other receptions | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Home equity line of credit on rental property, Orange Co., New York (Pt. VII, line 1) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property, Orange County, NY | D | Rent | N | W | | | | | |
| 2. Vacant lot, Marion County, FL | | None | J | W | | | | | |
| 3. USAA S&P 500, Roth IRA | A | Dividend | J | T | | | | | |
| 4. USAA S&P 500, Roth Conversion IRA | A | Dividend | J | T | | | | | |
| 5. American Funds, New Perspectives | B | Dividend | L | T | | | | | |
| 6. USAA S&P 500, Roth IRA | A | Dividend | J | T | | | | | |
| 7. USAA Growth & Income, Conversion IRA | A | Dividend | J | T | | | | | |
| 8. USAA Savings Accounts | A | Interest | K | T | | | | | |
| 9. USAA Checking Accounts | A | Interest | J | T | | | | | |
| 10. USAA Savings Account | A | Interest | J | T | | | | | |
| 11. USAA Checking Account | A | Interest | M | T | | | | | |
| 12. New York College Savings Program, 529 Plan (1) - age based | D | Interest | L | T | Sold (part) | 01/02/18 | J | B | |
| 13. | | | | | Sold (part) | 02/05/18 | J | B | |
| 14. | | | | | Sold (part) | 07/16/18 | K | C | |
| 15. | | | | | Sold (part) | 12/17/18 | J | B | |
| 16. | | | | | Sold (part) | 12/20/18 | J | A | |
| 17. | | | | | Buy | 12/21/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York College Savings Program, 529 Plan (2), age-based | E | Interest | M | T | | | | | |
| 19. USAA Whole Life Policy (self) | A | Interest | K | T | | | | | |
| 20. USAA - Brokerage S/D IRA rollover, incl. lines 21-40 below | A | Int./Div. | K | T | | | | | |
| 21. American Beacon Intl Equity Y Class (ABEYX) | A | Dividend | J | T | | | | | |
| 22. Baird Core Plus Bond Institutional (BCOIX) | A | Dividend | J | T | | | | | |
| 23. Delaware Value Fund Institutional (DDVIX) | A | Dividend | J | T | | | | | |
| 24. First Eagle Overseas Class I (SGOIX) | A | Dividend | J | T | | | | | |
| 25. Harding Loevner Intl Equity Port Institutional (HLMIX) | A | Dividend | J | T | | | | | |
| 26. Heartland Value Plus Institutional (HNVIX) | A | Dividend | J | T | | | | | |
| 27. Hotchkis & Wiley Small Cap Value (HWSIX) | A | Dividend | J | T | | | | | |
| 28. LKCM SMID Cap Equity Fund Institutional (LKSMX) | A | Dividend | J | T | | | | | |
| 29. Lazard Emerging Mrkts EQ Blend Institutional (EMBIX) | A | Dividend | J | T | | | | | |
| 30. Lazard Intl Strategy Equity Port Intl (LISIX) | A | Dividend | J | T | | | | | |
| 31. MFS Growth Fund Class I (MFEIX) | A | Dividend | J | T | | | | | |
| 32. Schroder Emerging Mrk Eq Inv (SEMNX) | A | Dividend | J | T | | | | | |
| 33. TCW Emerging Mkts Income (TGEIX) | A | Dividend | J | T | | | | | |
| 34. USAA Precious Metals and Minerals Retail (USAGX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA Income Fund Retail (USAIX) | A | Dividend | J | T | | | | | |
| 36. USAA Real Return Fund Retail (USRRX) | A | Dividend | J | T | | | | | |
| 37. USAA Managed Allocation Fund Retail (UAFMX) | A | Dividend | J | T | | | | | |
| 38. USAA Short Term Bond Fund Retail (USSBX) | A | Dividend | J | T | | | | | |
| 39. USAA High Income Fund Retail (USHYX) | A | Dividend | J | T | | | | | |
| 40. Voya Intermediate Bond Class W (IIBWX) | A | Dividend | J | T | | | | | |
| 41. USAA Federal Savings Bank Roth BDA, incl. 42-59 below | A | Dividend | K | T | | | | | |
| 42. American Beacon AHL MNDG Futrs Str Inst | A | Dividend | J | T | | | | | |
| 43. American Beacon Intl Equity Y Class | A | Dividend | J | T | | | | | |
| 44. AQR Small Cap Multi Style FD CL R6 | A | Dividend | J | T | | | | | |
| 45. AQR Style Premia Alternative FD CL R6 | A | Dividend | J | T | | | | | |
| 46. Delaware Value Fund Institutional | A | Dividend | J | T | | | | | |
| 47. Harding Loevner Intl Equity Port Instl | A | Dividend | J | T | | | | | |
| 48. Hartford Schorders Emrg Mrkts Equity Cl 1 | A | Dividend | J | T | | | | | |
| 49. Lazard Emerging Mrkts Eq Blend Instl | A | Dividend | J | T | | | | | |
| 50. Lazard Intl Strategy Equity Port Intl Cl | A | Dividend | J | T | | | | | |
| 51. MFS Growth Fund Cl I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. USAA Managed Allocation FD Retail | A | Dividend | J | T | | | | | |
| 53. Victory Sycamore Established Value I | A | Dividend | J | T | | | | | |
| 54. Baird Core Plus Bond Institutional | A | Dividend | J | T | | | | | |
| 55. TCW Emerging Mkts Income CL I | A | Dividend | J | T | | | | | |
| 56. USAA High Income Fund Retail | A | Dividend | J | T | | | | | |
| 57. USAA Income Fund Retail | A | Dividend | J | T | | | | | |
| 58. USAA Short Term Bond Fund Retail | A | Dividend | J | T | | | | | |
| 59. Voya Intermediate Bond Class W | A | Dividend | J | T | | | | | |
| 60. Prudential, Legal Services NYC 403(b) Plan, incl. 61-71 below | D | Int./Div. | N | T | | | | | |
| 61. Guaranteed Income Fund | B | Int./Div. | L | T | | | | | |
| 62. iSh US Aggregate Bond Idx K | A | Int./Div. | K | T | | | | | |
| 63. PGIM Total Return Bond R6 | A | Int./Div. | K | T | | | | | |
| 64. Vanguard LifeStrategy Moderate Growth Fund | B | Int./Div. | L | T | Buy (add'l) | 12/28/18 | J | | |
| 65. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 66. Janus Henderson Enterprise N | B | Int./Div. | K | T | Buy (add'l) | 12/18/18 | J | | |
| 67. MFS Mid Cap Value R5 | A | Int./Div. | K | T | Buy (add'l) | 12/13/18 | J | | |
| 68. American Beacon SC Value Inst. | A | Int./Div. | K | T | Buy (add'l) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Funds New Perspectives | A | Int./Div. | K | T | Buy (add'l) | 12/21/18 | J | | |
| 70. Oppenheimer International Growth I | A | Dividend | J | T | | | | | |
| 71. iShares MSCI EAFE Int'l Idx K | A | Dividend | K | T | Buy (add'l) | 12/14/18 | J | | |
| 72. Cooperative apartment, Brooklyn, NY (estate of deceased family member) | D | Rent | | | Sold | 11/02/18 | L | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 08/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ramon E. Reyes, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544